**Dismissed and Memorandum Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00738-CV

**BRENDA LACKEY, Appellant**

**V.**

**RICHARD CARTER, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2017-37440**

## MEMORANDUM OPINION

This is an appeal from a final divorce decree signed on August 23, 2019. The clerk's record was filed November 14, 2019. The reporter's record was filed April 6, 2020. No brief was filed.

On July 7, 2020, this court issued an order stating that unless appellant filed a brief on or before August 6, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.